3:26MJ5287

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Chandler P. Cole, being first duly sworn, hereby depose and state the following:

1.      I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so since February 2023. I am currently assigned to the Cleveland Division, Lima Resident Agency. I worked in a similar capacity in the Chicago Division. I have investigated the commission of federal crimes involving criminal offenses and national security matters to include counterintelligence investigations, counterterrorism investigations, violent crimes, crimes against children, financial crimes, and drug trafficking. Prior to employment with the FBI, I worked in a law enforcement capacity for four years investigating white collar crime and violent crime against individuals with developmental disabilities and the elderly for the Ohio Attorney General. In the course of these duties, I have participated in numerous state and federal search and arrest operations and conducted associated interviews which have resulted in the collection of evidence and admissions of multiple criminal violations.

2.      On or about June 8, 2026, Affiant was in contact with Ohio State Highway Patrol Trooper, Justin Craig, who is also Task Force Officer (TFO) with the United States Secret Service and thus federally deputized.  TFO Craig provided Affiant with the following information:  on or about February 6, 2025, TFO Craig was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. An investigation was initiated for a device at IP address 65.24.80.190, because it was associated with a torrent with the infohash: 16142cf42f32df04ef21e8ba903bb2b675b9ffcc. This torrent file referenced 157 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

3. Using a computer running investigative BitTorrent software, a direct connection was made to the device at IP address 65.24.80.190, hereinafter referred to as "Suspect Device." The Suspect Device reported it was using BitTorrent client software -qB5030- qBittorrent/5.0.3.

4. On February 6, 2025, between 2006 hrs and 2018 hrs, a download was successfully completed of the following 86 file(s) that the device at IP address 65.24.80.190 was making available. The device at IP Address 65.24.80.190 was the sole candidate for each download, and as such, each file was downloaded directly from this IP Address.  Due to the large quantity of files, the five files described below were reviewed and confirmed Child Sexual Abuse Material (CSAM).  A txt file was also located in the downloads that contained a price list and description on how to purchase various packages of CSAM material.

    a. **Read me!.txt  GX3F4G4DL5ZEWPHW7HJDFRAHJYSMUYL6**
This file is a text document. The document contains a price list and description on how to purchase various packages of CSAM material including contact information, method of payment, and accesses instructions following payment.

    b. **(PHANT) -- 2019-07-27 - pedomom china chucapndo a hijo de 3 sobre tablillas de madera.mp4.jpg PUVPPISGZHOT42XUQDPRQOXC6NXZCQBS**
This file is a still frame collage from a video file depicting a naked prepubescent boy approximately 1-3 years old in which an individual is observed performing oral sex on the child.

    c. **12yo boy fucks woman.mp4.jpg JGXLXMRPCB4VAHYBHL7D5X5B4ZIIHWAC**
This file is a still frame collage from a video file depicting a naked prepubescent boy approximately 10-12 years old, engaged in sexual intercourse with a naked adult female.

    d. **2019-001 teen tonguing little girl's asshole.mp4.jpg 3ID56GN6WFYBC4WJKQQXPTNGS64PWBXK**

This is a still frame collage from a video file depicting a naked prepubescent girl approximately 6-10 years old, on her stomach on a bed, in which a hand is observed spreading her butt cheeks and lasciviously displaying her anus and vagina.

e. **2014 Pedomom 4Yo (More Of This Kind Please).avi.jpg GPINDBD2ZPJ6NPZIZWPQHJANZCDVA2KV**

This is a still frame collage from a video file depicting an adult female licking the naked vagina of a prepubescent girl approximately 3-6 years of age, as well as the lascivious display of the child's vagina.

f. **mummy from Russia who blows her little son 2.mp4.jpg 7KYE4HZ2SL4B7PVDJF2DJ2UAW2NFCCZF**

This file is a still frame collage from a video file depicting an adult female performing oral sex on a naked prepubescent boy approximately 1-3 years old.

5. The above files depict minors under the age of 18 engaged in sexually explicit conduct, consisting of masturbation, lascivious exhibition of minors' genitalia, and/or sadistic or masochistic abuse, such as bondage, consistent with the definition of sexually explicit conduct of minors or child pornography as applied to 18 U.S.C. §§ 2252 and 2252A.

6. On March 6, 2025, a query was made on the IP address 65.24.80.190 through the American Registry for Internet Numbers (ARIN). ARIN reported IP address 65.24.80.190 to be registered to Charter Communications Inc.  The port being used at the time is the following: 2025-02-06 20:06:31 - Remote client located at IP address 65.24.80.190, port 45360.

7. On March 7, 2025, a subpoena was obtained from the Lucas County Common Pleas court and served on Charter Communications to identify the subscriber information.

8. On March 12, 2025, TFO Craig obtained the subpoena results from Charter Communications. The subscriber was identified as the following:

Dan Dennis
4300 Stewart Road, Lima, OH 45801
Phone: 567-674-9827
Email: 5676749827@charter.net, LTDAN81@gmail.com

9. On March 17, 2025, TFO Craig contacted the Ohio State Highway Patrol Intelligence Unit (OSP Intel) to further inquire about the subscriber. That same day, OSP Intel identified the Ohio driver's license for the suspect Dan Dennis as RR793051-OH.  The suspect's vehicle was registered to Ohio plate 543ZCG.

10. On March 28, 2025, at approximately 1125 hours, Trooper Norris of the Ohio State Highway Patrol District 1 Investigators conducted surveillance at DENNIS' Lima residence.

11. On March 22, 2026, between 0253 hrs and 2302 hrs, a download was successfully completed of three file(s) that the device at IP address 65.24.80.190 was making available/ distributing.  The device at IP Address 65.24.80.190 was the sole candidate for each download, and as such, each file was downloaded directly from this IP Address.

12. On March 23, 2026 a query was made on the IP address 65.24.80.190 through the American Registry for Internet Numbers (ARIN). ARIN reported IP address 65.24.80.190 to be registered to Charter Communications, Inc.  The port being used at the time was:

2026-03-22 02:53:14 - Remote client located at IP address 65.24.80.190, port 26100

13. On March 24, 2026, TFO Craig reviewed the files that were shared with my undercover computer.  Titles and descriptions are below:

    a. 001548.mp4 – This file is a 5:12-minute video depicting a 9-13-year-old girl, naked from the waist down, lasciviously displaying her anus and vagina and then licking her fingers and then placing them into her anus.

    b. 002254.JPG – This file is an image depicting the waist down of a prepubescent female and lasciviously displaying her naked vagina.

    c. 003964.jpg – This file is an image depicting a prepubescent girl, approximately 7-10 years old, performing oral sex on an adult male penis.

14.     On March 27, 2026, a discovery subpoena was obtained and served on Charter Communications to identify the subscriber.  On April 5, 2026, TFO Craig obtained the subpoena results from Charter Communications.  The subscriber of the IP address that had shared out/distribute the CSAM was identified as:

> Dan Dennis
> 4300 Stewart Road, Lima, OH 45801

15.     On April 15, 2026, a LEADS check was done on DAN DENNIS's operator's license and vehicle registration, both of which came back to DENNIS's Lima residence.

16.     On April 16, 2026, surveillance was conducted at DENNIS's Lima residence from 0600 hours to 0740 hours.  No movement was observed.  In the driveway was a white chevy SUV with Ohio registration JTB1285 and a Toyota Tundra pick-up registered to Dan Dennis.  TFO Craig checked the Wifi in the area and while in front of the house; it was passcode-protected.

17.     Continuing the same day, TFO Craig performed a LEADS check on vehicle registration JTB1285-OH.  The vehicle is registered to Enterprise with additional owner, PerryPro Tech Lima Imaging.  Open-source research revealed that Perry Pro Tech is an office equipment and supply company and that they also perform IT solutions.  Their Lima location, opened Monday-Friday from 8a-5p, is located at 265 Commerce Parkway, Lima, OH 45804.

18.     On April 23, 2026, at approximately 0730 hours, TFO Craig conducted surveillance at DENNIS's Lima residence.  TFO Craig drove by the residence and observed both vehicles at the address.  TFO Craig parked in the vicinity of IR 75 to see if the suspect would travel to Perry Pro Tech courtesy of IR 75.  At approximately 0815 hours, TFO Craig drove by the residence again and observed the white Chevy had left the residence.  The suspect's route of travel was unknown.  TFO Craig contacted Perry Pro Tech through a contact at Lima Police

Department.  TFO Craig confirmed the suspect does in fact work at Perry Pro Tech.  TFO Craig was advised the suspect is copy machine repair man.  He also works on the bigger machines and may respond directly from his residence.

19. On May 13, 2026, at approximately 0715 hours, TFO Craig performed surveillance at DENNIS's Lima residence.  TFO Craig drove by the residence and observed both vehicles at the address.  TFO Craig also observed that the trash had been placed out for pick-up.  At approximately 0735 hours TFO Craig observed the suspect Dennis exit his house and sit inside of his white Chevy SUV.  At approximately 0737 hours the local school bus drove by his house and stopped at the neighbor's house.  At approximately 0738 hours the suspect Dennis backed out of his driveway and traveled to work.  TFO Craig followed the suspect Dennis until he exited IR 75 at exit 122.  The suspect Dennis's work is located off that exit.

20. Affiant spoke with TFO Craig on June 8, 2026. Affiant and TFO Craig agreed to allow the FBI Child Exploitation and Human Trafficking Task Force to assist TFO Craig with obtaining a residential search warrant, given the U.S. Secret Service's protection mandates and operational requirements.  Affiant confirmed DENNIS' address through the Ohio Law Enforcement Gateway, as well as physical surveillance of the residence. Affiant also spoke with the Allen County Sheriff's Office who confirmed DENNIS is the occupant of the SUBJECT PREMISES.

21. Affiant spoke with United States Postal Inspector Tyler Sherman and according to Postal Service business records, a USPS account last logged into on June 9, 2023, was in the name of Dan Dennis, with an address of 4300 Stewart Road, Lima, OH.

22. On June 11, 2026, DENNIS and his vehicle with license plate 543ZCG were observed at DENNIS's Lima residence during physical surveillance.

23.     Affiant also discovered during the investigation that DENNIS was the subject of a prior investigation opened by Lima FBI in 2021 involving CSAM activity online.  In that investigation, the CSAM activity was committed on Mega, a secure, cloud-storage and communication platform based out of New Zealand.  Mega is encrypted at the user-level, thus preventing access without the user's username and password.  FBI investigators spoke to DENNIS in July 2021.  DENNIS admitted to engaging in child pornography activity on Mega, but he refused to give his password and he had moved residences since the CSAM activity had occurred.  DENNIS was not charged at that time.

24.     On June 17, 2026, a federal search warrant was executed at DENNIS' residence, 4300 Stewart Road, Lima, Ohio.  DENNIS was interviewed on scene in an unmarked, law enforcement vehicle by Affiant and TFO Craig.  TFO Craig told DENNIS that he was not in custody and he was free to leave or stop answering questions at any time.  DENNIS made admissions to CSAM activity in that interview and was later polygraphed, in which he made additional admissions.

25.     Among the admissions DENNIS made, DENNIS admitted he had child pornography on his home gaming computer and had downloaded it from online peer-to-peer networks.  DENNIS stated he has attempted to stop looking at child pornography in the past but cannot stop.  DENNIS admitted that he talks to an artificial intelligence app called Emochi, from which he has tried to get therapy.  He stated that he often writes to Emochi AI.  He advised that he has explained to the AI program that he has a problem with child pornography and has tried to stop.  DENNIS also stated that he also talked to Emochi AI because the AI helps him with his fantasy.  DENNIS admitted that he fantasies about being with young girls, preferably with flat chests and skinny.  DENNIS described his AI stories as something that would "make you

cringe." DENNIS said sometimes the AI will attempt to stop him from his fantasy and will tell him it is illegal. DENNIS described his need for child pornography as an addiction, similar to alcoholism.

26.     DENNIS provided his computer passcode and cell phone password. Both devices were found to have child pornography on them. DENNIS' Wifi at his residence was password protected and he stated that he was the only person who lived at the residence. The computer and cellphone were seized.

27.     During the search, Agents found a lifelike, silicon, child-looking doll, three-to-four feet tall, with anatomically correct openings for the vagina and anus. Agents also found girls underwear. When DENNIS was asked about the doll and underwear, DENNIS admitted that he ejaculated on and in them when viewing child pornography. DENNIS stated that he bought the underwear a while ago and just treats them like any other laundry after he uses them. DENNIS denied being molested as a child but stated that he has always had sexual desires for children. DENNIS could not explain exactly who he wants to be with but said he wanted to be with a flat-chested skinny female, although he could not tell Affiant what age range he liked. He said he is trying to figure out exactly what he is looking for and is experimenting. DENNIS said he knows the difference between fantasy and reality, and reality does not satisfy his needs or fantasy. DENNIS claimed he is not a danger to anyone other than his digital footprint "which is bigger than Bigfoot's." He could not give an exact number on videos he has but said he deletes child pornography and does not keep it.

28.     In addition to DENNIS' computer, personal phone, the childlike doll, and children's underwear, Agents also found an external hard drive with child pornography and a broken laptop with child pornography, as well as an iPad with a black case and a child's shoe.

29.     DENNIS works for a printer and copier repair company that services businesses and private companies.  DENNIS did not answer when asked if he services equipment at schools where children would be.

## CONCLUSION

30.     Based on all of the above, there is probable cause that DENNIS has violated 18 U.S.C. § 2252(a)(2), Receipt and Distribution of Child Pornography.

31.     Accordingly, Affiant requests issuance of the requested criminal complaint and arrest warrant.

Respectfully submitted,

_____
Special Agent Chandler Cole
Federal Bureau of Investigation

Sworn to by video or telephone after submission by
reliable electronic means, per Crim R. 41(d)(3) and 4.1
on this ___17th___ day of June, 2026.

_____
DARRELL A CLAY
UNITED STATES MAGISTRATE JUDGE